mj19-5176

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States of America
v.
Kenenty Hwan Kim (aka Myung Kim)

Case No. **4:19mj1691**

_____ FILED _____ LODGED
_____ RECEIVED
**SEP 12 2019**
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kenenty Hwan Kim (aka Myung Kim) ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

From no later than June 2018 to present, within the Southern District of Texas and elsewhere, the above-captioned defendant did knowingly and willfully combine, conspire, and agree with others known and unknown to commit offenses against the United States in violation of 18 U.S.C. 1956(a)(1)(B)(i), all in violation of 18 U.S.C. 1956(h).

Date: September 05, 2019

_Dena Palermo_
*Issuing officer's signature*

City and state:    Houston, Texas

U.S. Magistrate Judge **Dena Palermo**
*Printed name and title*

### Return

This warrant was received on *(date)* 9/05/2019 , and the person was arrested on *(date)* 9/12/2019
at *(city and state)* _____

Date: 9/12/2019

SA. _____
*Arresting officer's signature*

JAMES H____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kenenty Hwan Kim (aka Myung Kim)

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____