**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

September 13, 2019

**CLERK, US DISTRICT COURT**

Southern District of Texas - Houston

Houston_Operation@txs.uscourts.gov

Re: Kenenty Hwan Kim

Your No: 4:19-MJ-1691
Our No: MJ19-5176-01

Dear Clerk

An Order of Transfer was entered on 09/12/2019, transferring the above captioned case to your court pursuant to Rule 5. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Kim Brye
Deputy Clerk

Enc: PDF file, financial